UNITED STATES of America, Plaintiff-Appellee,

v.

**Eric Leon AGER, Defendant-Appellant.**

**No. 17-12081**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(March 14, 2018)

Holly Lynn Gershow, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before JORDAN, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jose Rodriguez, appointed counsel for Eric Ager in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386

---

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ager's conviction and sentence are **AFFIRMED**.